*Marian F. Harrison*
Marian F. Harrison
US Bankruptcy Judge

Dated: 10/15/2013

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: BRIAN MCQUEEN
TABITHA HARDING
120 SE SPRINGDALE DR      CASE NO. 13-01630-MH3-7
MOUNT JULIET, TN 37122
Debtor(s)
SSN: XXX-XX-3345    SSN: XXX-XX-6474

### ORDER VOIDING LIEN OF WORLD FINANCE

Debtor **(TABITHA HARDING)** filed a motion to void the lien of WORLD FINANCE. Notice was mailed pursuant to LBR 9013-1 and no responses or objections to the motion were filed.

IT IS ORDERED that the lien of WORLD FINANCE, in household goods is voided.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

APPROVED FOR ENTRY:
/S/MARK PODIS
Mark R. Podis (BPR #012216)
Attorney for Debtor
1161 Murfreesboro Road Suite 300
Nashville, TN 37217
Phone (615) 399-3800
Fax (615) 399-9794
E-mail  PodisBankruptcy@aol.com

### CERTIFICATE OF SERVICE

This is to certify that a true and exact copy of the forgoing has been mailed to all interested parties, delivered to the Chapter 7 Trustee, Eva Lemeh, 4300 Kings Lane, Nashville, TN 37218, mailed to the debtor Tabitha Harding, 120 SE Springdale Dr, Mount Juliet, TN 37122, to World Finance, 4035 N Mount Juliet Rd, Mount Juliet, TN

Case 3:13-bk-01630   Doc 58   Filed 10/15/13   Entered 10/15/13 15:16:27   Desc Main
Document      Page 1 of 2

37122, delivered to the Assistant U.S. Trustee for the Middle District of Tennessee, 3rd floor, Customs House, 701 Broadway, Nashville, TN 37203, copies were also sent via CM/ECF @ http://ecf.tnmb.uscourts.gov. on this the 19th day of September, 2013.

/s/Mark Podis
Mark Podis #012216
Attorney for Debtor
1161 Murfreesboro Rd., STE 300
Nashville, TN 37217
(615) 399-3800

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.