*Marian F. Harrison*
Marian F. Harrison
US Bankruptcy Judge



Dated: 10/28/2013

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: BRIAN MCQUEEN
       120 SE SPRINGDALE DR        CASE NO. 13-01630-MH3-7
       MOUNT JULIET, TN 37122

          Debtor(s)
SSN: XXX-XX-3345

## ORDER GRANTING MOTION TO REDEEM

It appearing to the Court that the Notice and Motion to Redeem by Debtor in the above-referenced case is well taken, and there being no objections, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED by the Bankruptcy Court as follows:

Debtor's Notice and Motion to Redeem is granted. Debtor may redeem the Fridge & TV for $100.00 that is financed with Capital One/Best Buy.

This order was signed and entered electronically as indicated at the top of the first page.

APPROVED FOR ENTRY:
/S/MARK PODIS
Mark Podis (BPR #012216)
Attorney for Debtor
1161 Murfreesboro Road Suite 300
Nashville, TN 37217
Phone (615) 399-3800
Fax (615) 399-9794
Email – PodisBankruptcy@aol.com

## CERTIFICATE OF SERVICE

   This is to certify that a true and exact copy of the forgoing has been mailed to all interested parties, delivered to the Chapter 7 Trustee, Eva Lemeh, 4300 Kings Lane, Nashville, TN 37218, mailed to the debtor, to Capital One/Best Buy, 26525 N Riverwoods Blvd, Mettawa, IL 60045, to Bass & Associates, 3936 E Ft. Lowell Rd, Ste 200, Tucson, AZ 85712, delivered to the Assistant U.S. Trustee for the Middle District of Tennessee, 3rd floor, Customs House, 701 Broadway, Nashville, TN 37203, copies were also sent via CM/ECF @ http://ecf.tnmb.uscourts.gov. on this the 3rd day of October, 2013.

                  /S/MARK PODIS
                  Mark Podis #012216

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.